PPG INDUSTRIES, INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 81–07–00986

(Dated September 22, 1992)

## AMENDED JUDGMENT

AQUILINO, *Judge:* The court, pursuant to Slip Op. 91–112, 15 CIT 632, 780 F.Supp. 1389 (1991), having entered judgment in favor of the plaintiff, affirming the results of a second remand to the International Trade Administration, U.S. Department of Commerce filed June 28, 1991 and ordering that the finding of dumping published *sub nom. Clear Plate and Float Glass From Japan,* 36 Fed.Reg. 9,009 (May 18, 1971), be reinstated in accordance with law; and the intervenor-defendants and the defendant having appealed from the judgment to the U.S. Court of Appeals for the Federal Circuit per Nos. 92–1192 and 92–1196; and an order having apparently entered on or about July 31, 1992 under the guise of that court's Rule of Practice 47.8 and to the effect that the plaintiff-appellee was "no longer interested in maintaining the dumping order" or in the relief sought by this litigation; and said order having thus granted a motion by the appellant intervenor-defendants to vacate this court's judgment and remand for dismissal of the complaint; and this court having first been informed, unofficially and indirectly, on Sep-

tember 21, 1992 of the aforesaid order and contemporaneous mandate; Now, therefore, in compliance with that mandate, it is

ORDERED, ADJUDGED and DECREED that the complaint in the above-encaptioned case be, and it now hereby is, dismissed.